# United States Court of Appeals
## For the First Circuit

---

No. 01-2394

UNITED STATES OF AMERICA,

Appellee,

v.

WALDEMAR BURGOS-CHAPARRO,

Defendant, Appellant.

---

The opinion of this court issued October 23, 2002, should be amended as follows:

On page 7, line 5, replace the word "assumes" with the word "requires."